IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DINA DAHDAL, M.D.                                                                           PLAINTIFF

   V.                                              CASE NO. 4:17-CV-478

TREMAYNE PEARSON, WILLIAM GILLIAM                           DEFENDANTS
individually and in their official capacities for
LITTLE ROCK WASTE WATER UTILITY,
BRITTANY GODFREY, BYRON HARPER, OFC. SILVA,
individually and in their official capacities as
police officers for the city of Little Rock,
CITY OF LITTLE ROCK,
PULASKI COUNTY SHERIFF'S OFFICE and
UNITED PAIN CARE, LTD

## BRIEF IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST UNITED PAIN CARE, LTD

1. FRCP 12 (a) says a defendant has 21 days after service to file an answer. That time ran.

2. The person served was the office manager, see affidavit of Tim Sibert attached to the motion.

3. FRCP 4(h) says a corporation may be served by serving an officer, a managing or general agent or any other person authorized by appointment or by law. The person served was the manager in charge of the office and was the proper person to be served since the employees said they never heard of the person listed at the secretary of state as agent for service. No answer or other response has been filed or received by plaintiff.

4. FRCP 55 (b) says default judgment may be entered by the clerk upon an affidavit of amount due. A default may be entered by the court without such an affidavit. An affidavit has been sent to California so the client may sign it and it will be filed on its return.

     WHEREFORE, plaintiff prays the motion for default judgment be granted.

                                        Respectfully submitted:

                                        /s/ R. David Lewis

                                        _____
                                        R. David Lewis 68030
                                        Attorney for plaintiff
                                        1109 Kavanaugh Blvd.
                                        Little Rock, Arkansas 72205
                                        rdavidlewis@yahoo.com
                                        501-664-0818
                                        501-664-3884 Facsimile

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing pleading has been served on the following by the court's ECF/CM system on this 2nd day of November, 2017:

/s/ R. David Lewis
_____
R. David Lewis

David M. Fuqua
3700 Cantrell Road, Ste. 205
Little Rock, Arkansas 72202
501-374-0200
dfuqua@fc-lawyers.com
Attorney for Pulaski County

Rick D. Hogan
Thomas M. Carpenter
500 West Markham, Ste. 310
Little Rock, Arkansas 72201
501-371-4527
rhogan@littlerock.gov
Attorneys for City of LR, Godfrey, Silva, Harper

E. Lee Lowther III
Erika Gee
200 West Capitol Avenue, Ste. 2300
Little Rock, Arkansas 72201-3699
501-371-0808
llowther@wlj.com
Attorneys for Pearson and Gilliam