**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DINA DAHDAL**                                                                 **PLAINTIFF**

**v.**                                   **CASE NO.  4:17-CV-00478 BSM**

**TREMAYNE PEARSON, et al.**                                         **DEFENDANTS**

## ORDER

 Plaintiff Dina Dahdal's second motion for default judgment [Doc. No. 38] is granted. Defendant United Pain Care, LTD ("United Pain Care") was served with the complaint on October 12, 2017, and it failed to respond.  A clerk's default was entered on April 17, 2018. Dahdal moves for default judgment [Doc. No. 38], and United Pain Care has failed to respond.  Judgment is therefore entered in favor of Dahdal, and she is awarded damages of $925,000 based on the evidence in the record.

 IT IS SO ORDERED this 22nd day of May 2018.


_____
UNITED STATES DISTRICT JUDGE