# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DR. DINA DAHDAL**                                                                              **PLAINTIFF**

### CASE NO. 4:17-cv-00478-BSM

**BRITTANY GODFREY, BYRON HARPER, OFC. SILVA,**
**individually and in their official capacities as**
**police officers for the City of Little Rock, and**
**CITY OF LITTLE ROCK, and**
**UNITED PAIN CARE, LTD.**                                                               **DEFENDANTS**

### MOTION TO WITHDRAW AS COUNSEL

Comes before the Court, Kathryn L. Hudson, for her Motion to Withdraw as Counsel of Record for Dr. Dina Dahdal, respectfully states:

1. The attorney-client relationship has broken down to such an extent between the parties that further representation by counsel is no longer possible.

2. There are no client funds retained.

3. Kathryn L. Hudson, has taken reasonable steps to avoid any foreseeable prejudice to the rights of Dr. Dina Dahdal. Notice of this motion has been provided to Dr. Dahdal, the Plaintiff will remain represented by R. David Lewis.

WHEREFORE, Kathryn L. Hudson requests that her Motion to Withdraw as Counsel be granted.

Respectfully submitted,

Kathryn L. Hudson, ABN 2010046

LAW OFFICE OF KATHRYN L. HUDSON
650 S. Shackleford Rd., Ste, 400
Little Rock, AR 72211
(501)246-3586
(501)217-4082 fax
klhudson@hudson-lawcenter.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which shall send notification of such filing all those authorized to receive such notice and specifically:

| | |
|---|---|
| Rick D. Hogan<br>Deputy City Attorney<br>Office of the City Attorney<br>500 West Markham, Suite 310<br>Little Rock, AR  72201<br>(501) 371-4527<br>rhogan@littlerock.gov | Dr. Dina Dahdal<br>dahdalmd@protonmail.com |

Thomas M. Carpenter
Office of the City Attorney
500 West Markham, Room 310
Little Rock, AR 72201
(501) 371-6875
(501) 371-4675 Fax
tcarpenter@littlerock.gov

/s/ R. David Lewis
1109 Kavanaugh  Blvd.
Little Rock, AR 72205
(501) 664-0818
(501) 664-3884 fax
rdavidlewis@yahoo.com

                                              /s/ Kathryn L. Hudson