IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DINA DAHDAL, M.D.                                                                                           PLAINTIFF

VS.                              CASE NO. 4:17-CV-478

BRITTANY GODFREY, BYRON HARPER, OFC. SILVA,                      DEFENDANTS
individually and in their official capacities as
police officers for the city of Little Rock,
CITY OF LITTLE ROCK and
UNITED PAIN CARE, LTD

## MOTION TO WITDRAW AS ATTORNEY OF RECORD

Comes now R. David Lewis, and for his motion to withdraw respectfully states:

1. Counsel respectfully requests to be relieved as counsel for Dina Dahdal due to a breakdown in communication between the client and attorney. No money owed by Lewis to client and Lewis will deliver the file to the client or to whomever she requests it be delivered.

WHEREFORE, Lewis prays that he be relieved from further obligations to his client, Dina Dahdal.

Respectfully submitted:

/s/ R. David Lewis

R. David Lewis 68030
Attorney for plaintiff
1109 Kavanaugh Blvd.
Little Rock, Arkansas 72205
rdavidlewis@yahoo.com
501-664-0818
501-664-3884 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served on the following by the court's ECF/CM system on this 6th day of December, 2018:

/s/ R. David Lewis

_____

R. David Lewis

Rick D. Hogan
Thomas M. Carpenter
500 West Markham, Ste. 310
Little Rock, Arkansas 72201
501-371-4527
rhogan@littlerock.gov
Attorneys for City of LR, Godfrey, Silva, Harper