## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DINA DAHDAL**                                                              **PLAINTIFF**

**v.**                               **CASE NO.  4:17-CV-00478 BSM**

**TREMAYNE PEARSON, et al.**                                   **DEFENDANTS**

## <u>ORDER</u>

Pursuant to Dina Dahdal's motion to dismiss [Doc. No. 61], this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of September 2019.

_____
UNITED STATES DISTRICT JUDGE